THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FALK, Appellant, *v.* THE SHERIFF OF THE COUNTY OF NEW YORK, Respondent.

(Argued July 31, 1931; decided August 10, 1931.)

*Ilo Orleans* and *Samuel Falk* for appellant.

*Samuel Seabury, George Trosk, Harland B. Tibbetts* and *Sidney Handler* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

SAMUEL L. GOLDSTEIN, Respondent, *v.* JACOB SHAPIRO, Appellant.

(Submitted September 28, 1931; decided October 6, 1931.)

Motion for a reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 479.)